1 | Debbie P. Kirkpatrick, Esq. (SBN 207112)
2 | Albert R. Limberg, Esq. (SBN 211110)
3 | Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
4 | 3667 Voltaire Street
San Diego, CA  92106-1253
5 | Tel:    619/758-1891
6 | Fax:    619/222-3667
dpk@sessions-law.biz
7 | alimberg@sessions-law.biz
slevine@sessions-law.biz
8 |
9 | Attorneys for Defendant NCO FINANCIAL SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRISTINA BERRIOS, | ) Case No.  09-CV-02274-MCE-DAD |
|---|---|
| Plaintiff, | ) JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| vs. | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

Defendant NCO FINANCIAL SYSTEMS, INC.,  and Plaintiff CHRISTINA BERRIOS, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1),  and jointly move this court for an order of dismissal with prejudice.

/ / /

/ / /

Joint Stipulation and Motion to Dismiss Action With Prejudice
1

This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety. As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice. The parties request that the court retain jurisdiction for purposes of enforcement of the settlement.

Respectfully submitted,

Dated: January 15, 2010    SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

*/s/ Sondra R. Levine*
_____
Sondra R. Levine
Attorney for Defendant NCO FINANCIAL SYSTEMS, INC.

Dated: January 15, 2010    KROHN & MOSS, LTD

*/s/ G. Thomas Martin, III*
_____
G. Thomas Martin, III
Attorney for Plaintiff CHRISTINA BERRIOS