UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTINA BERRIOS, | ) | Case No.  09-CV-02274-MCE-DAD |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING JOINT |
| | ) | STIPULATION AND MOTION TO |
| vs. | ) | DISMISS ENTIRE ACTION WITH |
| | ) | PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.  The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 15, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com